# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0877
LT Case No. 2013-CF-002220

_____

JERMAINE GREENE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Lake County.
Cary F. Rada, Judge.

Jermaine Greene, Milton, pro se.

No Appearance for Appellee.

September 20, 2024

PER CURIAM.

Appellant appeals the postconviction court's denial of his Florida Rule of Criminal Procedure 3.850 motion for postconviction relief in Lake County Circuit Court Case No. 2013-CF-002220. We affirm the postconviction court's order and caution him that abusive, repetitive, malicious, or frivolous filings directed to Lake County Circuit Court Case No. 2013-CF-002220 may result in sanctions such as a bar on pro se filings in this Court and referral

to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2024); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

AFFIRMED; APPELLANT CAUTIONED.

EDWARDS, C.J., and MAKAR and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____